# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 06-1559 (CKK) |
| **DEFENDANT** NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY, ET AL. | **TYPE OF PROCESS** VERIFIED COMPLAINT & WARRANT OF ARREST IN REM |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$9,000.00 in U.S. Currency (defendant)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FBI/WFO (contact PS Jason Henry, (202) 278-2311)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
555 4th Street, N.W., 4th Flr.
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID No.: 06-FBI-002176

Signature of Attorney or other Originator requesting service on behalf of:
William R. Cowden by Hail Price  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (202) 307-0258
DATE 9/11/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: —
District of Origin No. 16
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 9/19/06

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
RICHARD L. DIXON, FBI CONTRACTOR/ANALYST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 09/19/06  Time: 11:00 am
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)