# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1559 (CKK) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NINE THOUSAND DOLLARS ($9,000.00) | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ONE 2001 PORSCHE 911 CARRERA | ) | |
| CONVERTIBLE, VIN: WPOCA299X1S650435, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TEN UNITED STATES SAVINGS BONDS, | ) | |
| EACH IN THE AMOUNT OF $1,000, WITH | ) | |
| SERIAL NUMBERS 0003741367 THROUGH | ) | |
| 0003741376, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of William R. Cowden as counsel for the United States in this action, and withdraw Judith A. Kidwell.

                                                Respectfully submitted,

                                                /s/
                                              WILLIAM R. COWDEN, DC Bar #426301
                                              Assistant United States Attorney
                                              555 4th St., N.W.
                                              Washington, DC  20530
                                              202-307-0258