IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 06-1559 (CKK) |
| ) | |
| v. ) | |
| ) | |
| NINE THOUSAND DOLLARS ($9,000.00) ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| and ) | |
| ) | |
| ONE 2001 PORSCHE 911 CARRERA ) | |
| CONVERTIBLE, VIN: WPOCA299X1S650435, ) | |
| ) | |
| and ) | |
| ) | |
| TEN UNITED STATES SAVINGS BONDS, ) | |
| EACH IN THE AMOUNT OF $1,000, WITH ) | |
| SERIAL NUMBERS 0003741367 THROUGH ) | |
| 0003741376, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this  14th  day of December, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant properties, described as: nine thousand dollars ($9,000.00) in United States Currency; one 2001 Porsche 911 Carrera Convertible, VIN: WPOCA299X1S650435; and ten United States Savings Bonds, each in the amount of $1,000, with serial numbers 0003741367 through 0003741376 (inclusive) were personally served with process on September 19, 2006.[1]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant properties on September 19, 2006.

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

I further certify under penalty of perjury that no appearance has been entered on behalf of the said *in rem* defendant properties in this case; no pleading on behalf of the *in rem* defendants has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the *in rem* defendants are neither an infant nor an incompetent person. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendants.

    /s/
WILLIAM R. COWDEN (DC Bar #426301)
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4824
Washington, DC 20530
202-307-0258

---

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were served upon all known interested parties, via the United States Postal Service, certified mail, to: Ricardo Henry on September 14, 2006 at Mr. Henry's last known address. Copies of these papers also were served on counsel, Richmond T.P. Davis, Esq. and Kathleen Anne Dolan, Esq., representing Mr. Henry at the administrative level in this civil proceeding and in Mr. Henry's parallel criminal case, respectively. Mr. Henry agreed not to contest the forfeiture of the assets sued here (as part of his disposition of his related criminal proceedings), and both counsel have informed this office that they no longer or do not represent Mr. Henry with regard to the forfeiture of these assets.

[3] A notice of seizure was published on October 9, 2006, in THE WASHINGTON TIMES and on October 17, 2006, in THE DAILY WASHINGTON LAW REPORTER.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default Against the *Rem* Defendants were mailed via U.S. Postal Service, certified mail to Mr. Ricardo Henry at his last known address of record on this __14th__ day of December, 2006.

                        /s/
                        WILLIAM R. COWDEN
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        Asset Forfeiture Unit, Criminal Division
                        555 Fourth Street, N.W., Room 4824
                        Washington, DC 20530
                        202-307-0258