Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

V.

NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY

Defendant(s)

Civil Action No. 06-1559 CKK

RE: NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 9/19/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk