**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-1559 (CKK)** |
| | ) | **ECF** |
| **v.** | ) | |
| | ) | |
| **NINE THOUSAND DOLLARS ($9,000.00)** | ) | |
| **IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ONE 2001 PORSCHE 911 CARRERA** | ) | |
| **CONVERTIBLE, VIN: WPOCA299X1S650435,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TEN UNITED STATES SAVINGS BONDS,** | ) | |
| **EACH IN THE AMOUNT OF $1,000, WITH** | ) | |
| **SERIAL NUMBERS 0003741367 THROUGH** | ) | |
| **0003741376,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND JUDGMENT OF FORFEITURE**

The United States of America, by and through the United States Attorney for the District

of Columbia, respectfully moves pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and

Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of Default

Judgment and for a Judgment of Forfeiture as to the defendant properties identified in the

Verified Complaint for Forfeiture *In Rem*, on the grounds that no timely paper, pleading, or other

claim was filed on behalf of the defendants herein and the Default was entered by the Clerk of

this Court on December 14, 2006.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of

Points and Authorities.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR (DC Bar #451058)
United States Attorney


/s/
WILLIAM R. COWDEN (DC Bar #426301)
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment
and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was
mailed via U.S. Postal Service, certified mail, to Mr. Ricardo Henry at his last known address of
record on this ____ day of December, 2006.


/s/
WILLIAM R. COWDEN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1559 (CKK) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NINE THOUSAND DOLLARS ($9,000.00) | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ONE 2001 PORSCHE 911 CARRERA | ) | |
| CONVERTIBLE, VIN: WPOCA299X1S650435, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TEN UNITED STATES SAVINGS BONDS, | ) | |
| EACH IN THE AMOUNT OF $1,000, WITH | ) | |
| SERIAL NUMBERS 0003741367 THROUGH | ) | |
| 0003741376, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On September 5, 2006, the plaintiff filed a Verified Complaint for Forfeiture *In Rem*

against the defendants:  $9,000.00 in United States currency, a 2001 Porsche 911 Carrera

Convertible, VIN: WPOCA299X1S650435, and ten (10) United States Savings Bonds, each in

the amount of $1,000, with serial numbers 0003741367 through 0003741376 (inclusive) were

served upon the defendants on September 19, 2006.  (*See* Exhibit I-a-b-c.)  Additionally, copies

of the Complaint and Warrant of Arrest *In Rem* were served upon all known interested parties,

via the United States Postal Service, certified mail, including to:  Mr. Ricardo Henry on

September 14, 2006 at his last known address.  These same papers were served on counsel,

Richmond T.P. Davis, Esq. on September 14, 2006 and December 1, 2006, and to Kathleen Anne

Dolan, Esq. on November 24, 2006, representing Mr. Henry at the administrative level in this

civil proceeding and in Mr. Henry's parallel criminal case, respectively.[1]  (*See* Exhibits II-a-b-c-

d.)  Both counsel have informed this office that they no longer or do not represent Mr. Henry

with regard to the forfeiture of these assets.  Further, a notice of seizure was published in THE

WASHINGTON TIMES on October 9, 2006, and in THE DAILY WASHINGTON LAW REPORTER on

October 17, 2006, in full compliance with applicable Local Rules and Rules of Procedure.  (*See*

Exhibits III and IV.)

No response, answer, or defense was interposed in accordance with applicable rules,

resulting in the entry of a Default by the Clerk of this Court on December 14, 2006.  No other

party has filed a claim or pleading challenging the forfeiture of the defendants and the time for

filing a claim has expired.  *See* 18 U.S.C. § 983(a)(4)(A); Rule C(6), Supplemental Rules for

Certain Admiralty and Maritime Claims.

The entry of Default and a Judgment by Default against the defendants is amply

supported in the circumstances of this case.  Indeed, the clerk of the Court "shall enter" the

Default where there has been a failure to timely plead or otherwise defend an action within the

time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act

of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of

the service of the government's complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of

Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment

---

[1]  In a related case, Mr. Henry agreed not to contest the forfeiture of his assets sued here.

may be entered by the Court so long as the defaulted party is not an infant or otherwise

incompetent.  Fed. R. Civ. P. Rule 55(b); *DirecTV, Inc. v. Arnold*, 392 F. Supp.2d 415 (N.D.N.Y.

2005).  *See also Canady, MD v. Erbe Elektromedizin GMBG*, 307 F. Supp.2d 2 (D.D.C. 2004);

*United States v. Gant*, 268 F. Supp.2d 29 (D.D.C. 2003).

      Accordingly, upon consideration of the record in this case, including a showing of

compliance with applicable rules regarding service of process and notice by publication, and the

Default having been entered by the Clerk of the Court, it is respectfully requested that this

motion be granted.  A proposed Order of Forfeiture is attached.

                            Respectfully submitted,

                            /s/
                            JEFFREY A. TAYLOR (DC Bar #498610)
                            United States Attorney

                            /s/
                            WILLIAM R. COWDEN (DC Bar #426301)
                            Assistant United States Attorney
                            United States Attorney's Office
                            Asset Forfeiture Unit, Criminal Division
                            555 4th Street, N.W.
                            Washington, DC 20530
                            (202) 307-0258