# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 06-1559 (CKK) |
| **DEFENDANT** NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY, ET AL. | **TYPE OF PROCESS** VERIFIED COMPLAINT & WARRANT OF ARREST IN REM |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ $9,000.00 in U.S. Currency (defendant)
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FBI/WFO (contact FS Jason Henry, (202) 278-2311)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
555 4th Street, N.W., 4th Flr.
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID No.: 06-FBI-002176

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
William R. Cowden by Hail Price
TELEPHONE NUMBER: (202) 307-0258
DATE: 9/11/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. | District to Serve No.
Signature of Authorized USMS Deputy or Clerk
Date: 9/14/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):

Date of Service: Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

Exhibit I-a.

U.S. v. $9,000.00 in U.S. Currency, et al.
Civil Action No. 06-1559 (CKK)

**NOTE**

PRIOR EDITIONS
MAY BE USED
**3. NOTICE OF SERVICE**
FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CA 06-1559 (CKK) |
| **DEFENDANT** NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY, ET AL. | TYPE OF PROCESS VERIFIED COMPLAINT & WARRANT OF ARREST IN REM |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One 2001 Porsche 911 Carrera Convertible, VIN: WP0CA299X1S650435  (defendant)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FBI/WFO    (contact Jason Henry, (202) 278-2311)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
555 4th Street, N.W., 4th Flr.
Washington, DC 20530

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID No.: 06-FBI-002094

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER (202) 307-0258    DATE 9/11/06

William R. Cowden by Hail Price

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)   Total Process 1   District of Origin No. 16   District to Serve No. 16   Signature of Authorized USMS Deputy or Clerk   Date 9/11/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Richard I. Dixon, FBI Contractor/Analyst

| A person of suitable age and discretion then residing in the defendant's usual place of abode. | ☐ |
|---|---|
| Date of Service | Time 11:00  ☒ am  ☐ pm |
| 09/14/06 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Exhibit I-b.

U.S. v. $9,000.00 in U.S. Currency, et al.,
Civil Action No. 06-1559 (CKK)

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 06-1559 (CKK) |
| **DEFENDANT** NINE THOUSAND DOLLARS ($9,000.00) IN UNITED STATES CURRENCY, ET AL. | **TYPE OF PROCESS** VERIFIED COMPLAINT & WARRANT OF ARREST IN REM |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ten (10) U.S. Savings Bonds, Each in the amount of $1,000, With Serial Nos.

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

0003741367 through 0003741376,    (defendant)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Judith A. Kidwell
Assistant United States Attorneys
555 4th Street, N.W., 4th Flr.
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID No.: 06-FBI-004336

Contact PS Jason Henry, (202) 278-2311

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| William R. Cowden by Gail Price | | (202) 307-0258 | 9/11/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | am/pm |
|---|---|---|
| 09/12/06 | 11:45 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Exhibit I-c.

*U.S. v. $9,000.00 in U.S. Currency, et al.,*
Civil Action No. 06-1559 (CKK)

NOTE

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|