
**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 1853**
Status: **Delivered**

Your item was delivered at 12:09 pm on September 14, 2006 in WASHINGTON, DC 20011.

*Additional Details >*   *Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

[          ]   Go >

### Notification Options



Exhibit II-a.

*U.S. v. $9,000.00 in U.S. Currency, et al.*
Civil Action No. 06-1559 (CKK)

LabelInquiry.do       10/3/2006


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 1754**
Status: **Delivered**

Your item was delivered at 11:58 am on September 14, 2006 in SILVER SPRING, MD 20910.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

[                    ]

( Go > )

Notification Options

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Richmond Davis, Esq.
Law Offices of Richmond Davis
8720 Georgia Avenue, Suite 700
Silver Spring, MD 20910

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _Weaver_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): M WEAVER
C. Date of Delivery: 9-14-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7000 0600 0021 5996 1754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**

Richmond Davis, Esq.
Law Offices of Richmond Davis
8720 Georgia Avenue, Suite 700
Silver Spring, MD 20910
copy of Complaint, Summons, Warrant of Arrest
in Rem re: USA v. $9,000 in USC, et al., Cv. No.
06-1559 (CKK) mailed to counsel for Ricardo Henry.

Certified Fee: ✓
Return Receipt Fee (Endorsement Required): ✓
Restricted Delivery Fee (Endorsement Required):
Postmark: SEP 12 2006

**Exhibit II-b.**

*U.S. v. $9,000.00 in U.S. Currency, et al.*,
Civil Action No. 06-1559 (CKK)



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2904**
Status: **Delivered**

Your item was delivered at 12:22 PM on November 24, 2006 in SILVER SPRING, MD 20910.

[Additional Details >]   [Return to USPS.com Home >]

**Track & Confirm**
Enter Label/Receipt Number.

[           ]

[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]


POSTAL INSPECTORS
Preserving the Trust      site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy




**Exhibit II-c.**

*U.S. v. $9,000.00 in U.S. Currency, et al.,*
Civil Action No. 06-1559 (CKK)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 0600 0021 5996 2898**
Status: **Delivered**

Your item was delivered at 11:22 AM on December 1, 2006 in SILVER SPRING, MD 20910.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Notification Options

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Richmond T.P. Davis, Esq.
8720 Georgia Avenue, Suite 700
Silver Spring, MD 20910

4a. Article Number
7000 0600 0021 5996 2898

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
12-01-06

5. Received By: (Print Name)
Yamel Alcantara

6. Signature: (Addressee or Agent)
X Yamel Alcantara

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994        Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0021 5996 2898

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here: NOV 29 2006

Name: Richmond T.P. Davis, Esq.
Street: 8720 Georgia Avenue, Suite 700
City: Silver Spring, MD 20910
Copy of Complaint, Summons & Warrant re: U.S. v. $9000 in U.S. Currency, et al., Cv. No. 06-1559 (CKK)

**Exhibit II-d.**

U.S. v. $9,000.00 in U.S. Currency, et al.
Civil Action No. 06-1559 (CKK)

http...llInquiry.do                                    12/20/2006