# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**Gary Millstein**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

__Oct 17 2006__

_[signature]_
Agent

Costs $ __76.96__

Subscribed to and sworn before me this

__17__ day, __Oct__, 2006

_[signature]_
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. Nine Thousand Dollars ($9,000.00) in United States Currency and One 2001 Porsche 911 Carrera Convertible, VIN: WPOCA299X1S650435 and Ten United States Savings Bonds, Each in the Amount of $1,000, with Serial Numbers 0003741367 Through 0003741376, the United States Marshals Service for the District of Maryland arrested on September 19, 2006, $9,000.00 in U.S. Currency, one 2001 Porsche 911 Carrera Convertible, VIN: WPOCA299X1S650435, and Ten U.S. Savings Bonds, each in the amount of $1,000, with serial #'s 0003741367 through 0003741376, property described above under Civil Action # 06-1559-CKK and filed on September 5, 2006, with the Clerk of the Court for the District of Columbia for violations of 21 U.S.C.§ 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Judith A. Kidwell, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530. Pub Date: Oct. 17, 2006.

**Exhibit IV.**

*U.S. v. $9,000.00 in U.S. Currency, et al.,*
Civil Action No. 06-1559 (CKK)

established 1874
*The Daily Washington Law Reporter Company*
1000 Connecticut Avenue NW, Suite 1100, Washington, DC 20036