UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1559 (CKK) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| NINE THOUSAND DOLLARS ($9,000.00) | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ONE 2001 PORSCHE 911 CARRERA | ) | |
| CONVERTIBLE, VIN: WPOCA299X1S650435, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TEN UNITED STATES SAVINGS BONDS, | ) | |
| EACH IN THE AMOUNT OF $1,000, WITH | ) | |
| SERIAL NUMBERS 0003741367 THROUGH | ) | |
| 0003741376, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT OF FORFEITURE

On September 5, 2006, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendants $9,000.00 in United States currency, a 2001 Porsche 911 Carrera Convertible, VIN: WPOCA299X1S650435, and ten (10) United States Savings Bonds, each in the amount of $1,000, with serial numbers 0003741367 through 0003741376 (inclusive).  The Complaint alleges that the defendant properties were involved in a money laundering offense in violation of 18 U.S.C. § 1956 and/or 1957, and, as such, are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A); and that the defendant properties constitute or are derived from proceeds traceable to, among other offenses, any offense that is a "specified

unlawful activity" of the federal anti-money laundering statutes, as that term is defined in 18 U.S.C. 1956(c)(7), relating to 18 U.S.C. § 1347 (Health Care Fraud); 18 U.S.C. §1035 (False Statements Regarding Health Care Matters); and/or 18 U.S.C. § 152 (Concealment of Assets), and, as such are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

It appearing that process was fully issued in this action with respect to the defendants and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendants on September 19, 2006.

That on December 14, 2006 the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant properties within the time permitted by 18 U.S.C. § 983(a)(4)(a); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant properties further identified as:

    a)    Nine thousand dollars ($9,000.00) in United States currency;

    b)    a 2001 Porsche 911 Carrera Convertible, VIN: WPOCA299X1S650435; and

    c)    Ten (10) United States Savings Bonds, each in the amount of $1,000, with serial numbers 0003741367 through 0003741376 (inclusive)

be entered and that no right, title, or interest in the defendants shall exist in any other party, and that the said defendants be and hereby are forfeited to the United States of America to be

disposed of in accordance with law.

That the Clerk is hereby directed to send copies of this Judgment of Forfeiture to all parties and a certified copy to the United States Marshals Service.

Date this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:

William R. Cowden, Esq.
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Room 4824
Washington, DC 20530

United States Marshals Service
U.S. District Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001